UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
_____ DIVISION

Linton J. Griffin

Name of Plaintiff(s)

vs

Inogen

Name of Defendant(s)

Case Number: 4:23cv411 ALM/KPJ

**FILED**
MAY 0 8 2023
Clerk, U.S. District Court
Eastern District of Texas

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2.. Plaintiff, Linton Joseph Griffin, is a citizen of the United States
   (name of plaintiff)
   and resides at 6264 Melody Ln. #3038, Dallas,
   (street address)                                    (city)
   Dallas, TX, 75231, 214-909-6140
   (county)  (state)  (zip)  (telephone)

3.. Defendant, __Inogen__, resides at, or its business is
    (name of defendant)

located at __600 Shiloh Rd.__, __Plano__,
         (street address)              (city)

__Collin__, ~~Dallas~~, __TX__, __75074__, __972-616-5529__
(county)                  (state)    (zip)    (telephone)

4. Plaintiff sought employment from the defendant or was employed by the defendant

   at __600 Shiloh Rd.__, __Plano__,
        (street address)              (city)

   __Collin__, __TX__, __75074__.
   (county)      (state)    (zip)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

   of the complaint on or about __May 2021 — April 27, 2022__
                                 (month, day, year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about __December 2021 and May 2022__
   (month, day, year)

7. The Equal Employment Commission issued a Notice of Right to Sue which was received by plaintiff on __March 9, 2023__.
   (month day, year)

8. Because of plaintiff's (1) ✓ race, (2) ✓ color, (3) ✓ sex,

   (4) _____ national origin, defendant:

   a. _____ failed to employ plaintiff.

   b. ✓ terminated plaintiff's employment.

   c. _____ failed to promote plaintiff.

   d. ✓ Other Retaliation and Discrimination after EEOC complaint.

9. The circumstances under which the defendant discriminated against plaintiff were as follows:

   Plaintiff was called racial slurs (N-word) by Supervisor Gary Wilson (Denied transfer) Plaintiff was asked to discuss sexual matters by Gary Wilson (Supervisor) Reported to HR Denied transfer request by Human Resources. Plaintiff received negative evaluations in company portal directly after HR complaint. Plaintiff was subject to increased work scrutiny after EEOC complaint. Plaintiff was denied access to employee mandatory training received by co-workers. Plaintiff received verbal abuse from Supervisor after EEOC filing (Denied Transfer)

10. The acts set forth in paragraph 9 of this complaint:

    a. \_\_\_\_\_ are still being committed by defendant.

    b. \_\_\_\_\_ are no longer being committed by defendant.

    c. ✓ defendant may still be committing the acts.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint. WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    a. \_\_\_\_\_ Defendant be directed to employ plaintiff.

    b. \_\_\_\_\_ Defendant be directed to re-employ plaintiff.

    c. \_\_\_\_\_ Defendant be directed to promote plaintiff.

    d. ✓ Defendant be directed to **offer damages** and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

_[signature]_
(Signature of Plaintiff)