IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| LINTON J. GRIFFIN, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CASE NO. 4:23-CV-00411-ALM-BD |
| INOGEN, | | |
| Defendant. | | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Linton J. Griffin and Defendant Inogen, Inc respectfully submit their Joint Notice of Settlement as follows:

The parties jointly notify the Court that they have reached a compromise and settlement of all disputes between them, subject to preparing and signing a final written settlement agreement. The parties anticipate they will submit to the Court all documents necessary for final resolution of this matter within 30 days.

November 14, 2024.                    Respectfully submitted,


                                       */s/ Jason E. Winford*
                                       ROBERT A. BRAGALONE (Lead Attorney)
                                       bbragalone@grsm.com
                                       JASON E. WINFORD
                                       jwinford@grsm.com
                                       Gordon Rees Scully Mansukhani, LLP
                                       2200 Ross Ave., Suite 3700
                                       Dallas, TX  75201
                                       Phone: (214) 231-4714 Direct Dial Bragalone
                                       Phone: (214) 231-4760 Direct Dial Winford
                                       Fax: (214) 461-4053

                                       ATTORNEYS FOR DEFENDANT
                                       INOGEN, INC.


                                       */s/ Linton J. Griffin (by permission)*
                                       LINTON J. GRIFFIN, PRO SE PLAINTIFF