# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **LINTON J. GRIFFIN** § § | |
| v. § § | NO. 4:23-CV-00411-ALM-BD |
| **INOGEN** § § § | |

## ORDER

On November 14, 2024, the parties filed a joint notice indicating that they have settled. Dkt. 33.

It is **ORDERED** that the parties submit to the court all documents necessary for final resolution of the settled claims within 30 days of this order. If that deadline is not met, the court may hold a hearing to determine which party is responsible for the delay. The court may then enter any order needed to ensure prompt resolution of the case.

So **ORDERED** and **SIGNED** this 15th day of November, 2024.

_____
Bill Davis
United States Magistrate Judge